IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TODD E. TRIPLETT,

       Plaintiff,

  v.

THE COUNTY OF FRANKLIN, OHIO, et al.,

       Defendants.

Case No. 2:09-cv-603
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## OPINION AND ORDER

This matter is before the Court on Plaintiff Todd Triplett's Motion for Extension of Time to File Notice of Appeal. (ECF No. 86.) Plaintiff moves under Federal Rule of Appellate Procedure 4(a), which permits the district court to extend the time for a party to file a notice of appeal if the party "moves no later than 30 days after the time prescribed by Rule 4(a) expires; and . . . shows excusable neglect or good cause." Fed. R. App. P. 4(a)(5)(A)(i), (ii). Plaintiff has timely moved and has shown good cause for the extension. The Court therefore **GRANTS** Plaintiff's motion. Plaintiff shall be permitted an extension of time to file notice of his appeal to "30 days after the prescribed time [under Rule 4] or 14 days after the date when the order granting the motion is entered, whichever is later." Fed. R. App. P. 4(a)(5)(C).

    **IT IS SO ORDERED.**

                                **/s/ Gregory L. Frost**
                                **GREGORY L. FROST**
                                **UNITED STATES DISTRICT JUDGE**